UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLAN M. LEAVITT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED SERVICES AUTOMOBILE ASSOCIATION, GEICO INDEMNITY COMPANY, and THE COMMERCE INSURANCE COMPANY, INC., <br><br> Defendants. | * <br> * <br> * <br> * <br> * Civil Action No. 4:23-cv-11341-IT <br> * <br> * <br> * <br> * |

ORDER OF DISMISSAL

December 11, 2024

TALWANI, D.J.

Pursuant to the court's Memorandum & Order [Doc. No. 135] granting Defendants' Motions to Dismiss [Doc. Nos. 31, 53, 56], Plaintiff's Complaint [Doc. No. 1] is dismissed. This case is CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge